AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CHRISTOPHER HOFMANN, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>JERICO PICTURES, INC. d/b/a NATIONAL PUBLIC DATA,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 0:24-cv-61383-DSL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JERICO PICTURES, INC. d/b/a NATIONAL PUBLIC DATA
c/o Registered Agent:
VERINI, SALVATORE JR
1801 NW 126TH WAY
CORAL SPRINGS, FL 33071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeff Ostrow
KOPELOWITZ OSTROW P.A.
One West Law Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/01/2024



Angela E. Noble
Clerk of Court



s/ A. Rodriguez

Deputy Clerk
U.S. District Courts