UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:24-cv-61383-DSL

CHRISTOPHER HOFMANN,

    Plaintiff,

v.

JERICO PICTURES, INC. d/b/a
NATIONAL PUBLIC DATA,

    Defendant.
_____/

**CERTIFICATION OF BRANDON JACK**

Brandon Jack, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California, SBN: 325584 and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

    */s/ Brandon Jack*
    Brandon Jack
    bjack@justice4you.com
    **CLAYEO C. ARNOLD,**
    **A PROFESSIONAL CORPORATION**
    865 Howe Avenue
    Sacramento, CA 95825
    T: (916) 239-4784
    F: (916) 924-1829