UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:24-cv-61383-DSL

CHRISTOPHER HOFMANN,

     Plaintiff,

v.

JERICO PICTURES, INC. d/b/a
NATIONAL PUBLIC DATA,

     Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

     In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of M. Anderson Berry of the law firm of Clayeo C. Arnold, A Professional Corporation, at 865 Howe Avenue, Sacramento, CA 95825, Tel: (916) 239-4778, for purposes of appearance as co-counsel on behalf of Plaintiff Christopher Hofmann in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit M. Anderson Berry to receive electronic filings in this case, and in support thereof states as follows:

     1.    M. Anderson Berry is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California, SBN: 262879.

     2.    Movant, Jeff Ostrow, Esquire, of the law firm of Kopelowitz Ostrow P.A, at One West Law Olas Blvd., Suite 500, Fort Lauderdale, Florida 33301, Tel: (954) 332-4200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be

filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, M. Anderson Berry has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. M. Anderson Berry, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to M. Anderson Berry at email address: aberry@justice4you.com.

WHEREFORE, Jeff Ostrow, moves this Court to enter an Order M. Anderson Berry to appear before this Court on behalf of Plaintiff Christopher Hofmann, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to M. Anderson Berry.

Date: August 7, 2024            Respectfully submitted,

   */s/ Jeff Ostrow*

Jeff Ostrow FBN 121452
**KOPELOWITZ OSTROW P.A.**
One West Law Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
*ostrow@kolawyers.com*

Attorneys for Plaintiff Christopher Hofmann