UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:24-cv-61383-DSL

CHRISTOPHER HOFMANN,

    Plaintiff,

v.

JERICO PICTURES, INC. d/b/a
NATIONAL PUBLIC DATA,

    Defendant.
_____/

**CERTIFICATION OF M. ANDERSON BERRY**

    M. Anderson Berry, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California, SBN: 262879 and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                        */s/ M. Anderson Berry*
                                        M. Anderson Berry
                                        aberry@justice4you.com
                                        **CLAYEO C. ARNOLD,**
                                        **A PROFESSIONAL CORPORATION**
                                        865 Howe Avenue
                                        Sacramento, CA 95825
                                        T: (916) 239-4778
                                        F: (916) 924-1829