# **RETURN OF SERVICE**
## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 0:24-CV-61383-DSL

Plaintiff: **CHRISTOPER HOFMANN ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant: **JERICO PICTURES, INC. D/B/A NATION PUBLIC DATA**

For:
Jeffrey M. Ostrow
KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT
One West Las Olas Blvd.
Suite 500
Ft Lauderdale, FL 33301

Received by Caplan, Caplan & Caplan Process Servers on the 1st day of August, 2024 at 2:45 pm to be served on **JERICO PICTURES, INC. D/B/A NATION PUBLIC DATA C/O REGISTERED AGENT SALVATORE VERINI, JR, 1801 NW 126TH WAY, CORAL SPRINGS, FL 33071**

I, DAN ACKERMAN, do hereby affirm that on the **7th day of August, 2024** at **1:45 pm, I:**

served a **CORPORATION, REGISTERED AGENT** by delivering a true copy of the **SUMMONS , CLASS ACTION COMPLAINT, CIVIL COVER SHEET AND EXHIBITS** with the date and hour of service endorsed thereon by me, to: **SALVATORE VERINI, JR** as **REGISTERED AGENT** at the address of: **1801 NW 126TH WAY, CORAL SPRINGS, FL 33071** on behalf of **JERICO PICTURES, INC. D/B/A NATION PUBLIC DATA C/O REGISTERED AGENT SALVATORE VERINI, JR**, and informed said person of the contents therein, in compliance with Florida State Statute 48.091.

I certify that I am over the age of 18, have no interest in the above action, and am a Sheriff Appointed Process Server in  good standing in the judicial circuit in which the process was served in the county in which this defendant/witness was served and have no interest in the above action.  Under penalty of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct. No notary is required pursuant FS 92.525(2) and 28 USC Section 1746.

**DAN ACKERMAN**
362

**Caplan, Caplan & Caplan Process Servers**
**351 SW 136th Avenue**
**Suite 207**
**Davie, FL 33325**
**(305) 374-3426**

Our Job Serial Number: CPN-2024030508
Ref: 10277-017
Service Fee: _____



AO 440 (Rev. 06/12) Summons in a Civil Action

```
DELIVERED  8/7/2024 1:45 PM
SERVER     DA
LICENSE    362
```

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CHRISTOPHER HOFMANN, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>JERICO PICTURES, INC. d/b/a NATIONAL PUBLIC DATA,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 0:24-cv-61383-DSL<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JERICO PICTURES, INC. d/b/a NATIONAL PUBLIC DATA
c/o Registered Agent:
VERINI, SALVATORE JR
1801 NW 126TH WAY
CORAL SPRINGS, FL 33071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeff Ostrow
KOPELOWITZ OSTROW P.A.
One West Law Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/01/2024

Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

SUMMONS