# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

CHRISTOPHER HOFMANN, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

JERICO PICTURES, INC. d/b/a NATIONAL PUBLIC DATA,

    Defendant,

Case No. 0:24-cv-61383-DSL

## DEFENDANT'S EX PARTE MOTION TO EXTEND TIME TO FILE AN ANSWER OR RESPONSIVE PLEADING

JERICO PICTURES, INC. d/b/a NATIONAL PUBLIC DATA (hereinafter "Defendant"), by and through undersigned counsel, respectfully moves this Court for an extension of the deadline for filing its Answer in the above-referenced case, pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rules 7.1. Defendant requests sixty (60) days to file its Answer. As grounds for this motion, Defendant states the following:

1. The deadline for filing an Answer in the above-referenced case, under Rule 12 of the Federal Rules of Civil Procedure, was August 28, 2024.

2. The Defendant in this Class Action Complaint faces more than ten similar complaints filed at roughly the same time in other cases.

3. The extension of time is necessary because undersigned Counsel needs time to review, investigate, and answer each complaint competently. Counsel also requests an

extension due to the undersigned's caseload, which includes matters pending in different jurisdictions in state court.

4. No parties will be prejudiced by the relief requested in this Motion and this Motion is not filed for the purpose of delay.

5. Based on the foregoing, Defendant has demonstrated good cause to extend the time to answer to sixty days.

6. The Defendant asks the Court to consider that given the number of complaints and lawsuits arriving at the Defendants offices, that this motion was filed after the deadline to answer as the result of excusable neglect.

For the foregoing reasons, Defendant JERICO PICTURES, INC. d/b/a NATIONAL PUBLIC DATA respectfully requests that this Honorable Court grant this Motion and enter an order extending the deadline to Answer to sixty (60) days from the date of signing of the Court's Order.

Dated: September 5, 2024                    Respectfully submitted,


*/s/ Angelo A. Gasparri*
Angelo A. Gasparri, Esq.
Florida Bar Number: 32158

**KELLEY KRONENBERG**
10360 West State Road 84
Fort Lauderdale, FL 33324
Telephone: (954)-370-9970
Facsimile: (954) 382-1988
Email: AGasparri@kelleykronenberg.com
Email2: AAGeservice@kklaw.com
Attorneys for Defendant JERICO
PICTURES, INC. d/b/a NATIONAL
PUBLIC DATA

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by e-file and/or email on September 5, 2024 on all counsel or parties of record on the Service List below.

*/s/ Angelo A. Gasparri*
Angelo A. Gasparri, Esq.

## SERVICE LIST

**Jeffrey Miles Ostrow**
Kopelowitz Ostrow PA
1 W. Las Olas Blvd.
Suite 500
Fort Lauderdale, FL 33301-4216
954-525-4100
Fax: 954-525-4300
Email: ostrow@kolawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon P. Jack**
Clayeo C. Arnold, A Professional Corporation
865 Howe Avenue
Sacramento, CA 95825
(916) 239-4778
Email: bjack@justice4you.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory Haroutunian**
Clayeo C. Arnold, A Professional Law Corp.
865 Howe Avenue
Sacramento, CA 95825
(916) 777-7777
*ATTORNEY TO BE NOTICED*

**Jason M. Wucetich**
Wucetich & Korovilas LLP
222 North Sepulveda Boulevard, Suite 2000
El Segundo, CA 90245
(310) 335-2001
*ATTORNEY TO BE NOTICED*

**Michael Anderson Berry**
Clayeo C. Arnold, a Professional Corporation
865 Howe Avenue
Sacramento, CA 95825
916-239-4778
Email: aberry@justice4you.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*