UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61383-LEIBOWITZ/AUGUSTIN-BIRCH

CHRISTOPHER HOFMANN, individually and on behalf of the others similarly situated,

Plaintiff,

v.

JERICO PICTURES, INC. d/b/a NATIONAL PUBLIC DATA,

Defendant.

DEFAULT BY CLERK FED. R. CIV. P. 55(a)

## CLERK'S DEFAULT

It appearing that the Defendant is in default for failure to answer or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against Defendant Jerico Pictures, Inc. d/b/a National Public Data.

Dated: September __, 2024.

_____
CLERK OF COURT

Cc: Judge David S. Leibowitz
All counsel of record