UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRISTOPHER HOFMANN

CASE NUMBER
0:24−cv−61383−DSL

PLAINTIFF(S)

v.

JERICO PICTURES, INC.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Jerico Pictures, Inc.**

as of course, on the date September 23, 2024.

**Angela E. Noble**
CLERK OF COURT

By  _/s/ Dimas Rodriguez_
Deputy Clerk

cc:  Judge David S. Leibowitz
    Jerico Pictures, Inc.

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)