UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61383-LEIBOWITZ

**CHRISTOPHER HOFMANN**, *on behalf of himself and all others similarly situated*,

    *Plaintiff,*

v.

**JERICO PICTURES, INC.**,

    *Defendant.*

_____/

## ORDER

Plaintiff filed a Notice of Voluntary Dismissal without Prejudice. [ECF No. 18]. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED** *without prejudice*. Each party shall bear its own attorneys' fees and costs. *The Clerk of Court* is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on July 21, 2025.

                                            DAVID S. LEIBOWITZ
                                            UNITED STATES DISTRICT JUDGE

cc:    counsel of record